UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNIE RAY HAWTHONE**                                                            **PETITIONER**

v.                             **CASE NO. 5:11cv00045 BSM/JTR**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE. The certificate of appealability is denied.

Dated this 15th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE